UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| ROBERT LOREN ODY, | ) | Case No. C06-1689-TSZ |
| Petitioner, | ) | |
| v. | ) | |
| ALICE PAYNE, | ) | ORDER OF DISMISSAL |
| Respondent. | ) | |

The Court, after careful consideration of petitioner's 28 U.S.C. § 2254 petition for writ of habeas corpus, the respondent's answer, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, the governing authorities and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's § 2254 petition (Dkt. No. 4) is DENIED and this case is DISMISSED with prejudice.

(3) The Clerk of Court is directed to send copies of this Order to all counsel of record and to Judge Donohue.

DATED this 13th day of December, 2007.

*Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

ORDER DISMISSING § 2254 PETITION